

# United States District Court
### SOUTHERN DISTRICT OF CALIFORNIA

Marco Amaral

Plaintiff,

V.

City of San Diego; Jeffrey Williams previously sued as FNU Williams, an individual

Defendant.

Civil Action No.   17-cv-02409-L-LL

**JUDGMENT IN A CIVIL CASE**

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

The Court grants Defendants' motion for summary judgment as to the federal claims (causes of action one through four) and dismisses the state law claims (causes of action five through nine) without prejudice. The Clerk is directed to enter judgment pursuant to this Order and close the case.

Date:   3/31/21

**CLERK OF COURT**
**JOHN MORRILL, Clerk of Court**
By:  s/ M. Exler

M. Exler, Deputy